DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
BLAINE T. WELSH
Assistant United States Attorney
Chief, Civil Division
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Email: lara.bradt@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANKA NIKOLIC, | No. 2:15-cv-01756-APG-NJK |
| Plaintiff, | **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") through her undersigned counsel of record respectfully requests that the Court extend the time for Defendant to file her Answer, due on December 14, 2015, by 30 days, through and including January 13, 2016.

-1-

An extension of time is needed because Counsel for Defendant has not yet received the finalized administrative transcript from the Commissioner.

Counsel for Defendant has conferred with Plaintiff's counsel, who does not oppose this motion.

Dated: December 14, 2015           Respectfully submitted,

                                              DANIEL G. BOGDEN
                                              United States Attorney

                                              /s/____*Lara A. Bradt*_____

                                              LARA A. BRADT
                                              Special Assistant United States Attorney

IT IS SO ORDERED.

Dated December 15, 2015           By: _____

                                              HON. NANCY J. KOPPE
                                              UNITED STATES MAGISTRATE JUDGE