**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BRANKA NIKOLIC,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br><br>                    Defendant. | Case No. 2:15-cv-01756-APG-NJK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION**<br><br>(ECF Nos. 17, 18, 21) |

Magistrate Judge Koppe issued a Report and Recommendation (ECF No. 21) recommending I deny plaintiff Branka Nikolic's motion to remand and grant defendant Carolyn Colvin's motion to affirm. Nikolic objected to Judge Koppe's Report and Recommendation. ECF No. 22. Having reviewed the administrative record de novo, I accept Judge Koppe's recommendations.

IT IS THEREFORE ORDERED that the Report and Recommendation (**ECF No. 21**) **is accepted**.

IT IS FURTHER ORDERED that plaintiff Branka Nikolic's motion to remand (**ECF No. 17**) **is DENIED**.

IT IS FURTHER ORDERED that defendant Carolyn W. Colvin's motion to affirm (**ECF No. 18**) **is GRANTED.**

IT IS FURTHER ORDERED that the clerk of court shall enter judgment in favor of defendant Carolyn W. Colvin and against plaintiff Branka Nikolic.

DATED this 28th day of September, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE